UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of the Complaint of Crazy Pants LLC and the Estate of Gregory John Daiker for Exoneration from or Limitation of Liability | Case No. 2:23-cv-00023-BLW<br><br>*Consolidated for discovery with:*<br>Case No.: 2:24-cv-00305-BLW; and<br>Case No.: 2:24-cv-00307-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is a Stipulated Motion to Consolidate Cases. Dkt. 91. Within this motion, all parties appearing in three separate, pending cases—*In the Matter of the Complaint of Crazy Pants LLC and the Estate of Gregory John Daiker for Exoneration from or Limitation of Liability*, No. 2:23-cv-00023-BLW; *Faulhaber v. Kottmann, et al.*, No. 2:24-cv-00305-BLW; and *Schulte v. Kottmann, et al.*, No. 2:24-cv-00307-BLW—have stipulated that the cases should be consolidated for discovery. For the reasons stated in the motion and as further explained below, the Court will grant the motion.

# DISCUSSION

Rule 42(a) authorizes a district court to consolidate cases that share "a common question of law or fact." Fed. R. Civ. P. 42(a). As the parties have noted,

the Court has broad discretion to order consolidation. *See Invs. Rsch. Co. v. U.S. Dist. Ct. for Cent. Dist. of California,* 877 F.2d 777 (9th Cir. 1989). The Court agrees that consolidation for discovery purposes is appropriate here because the cases share common questions of law and fact and consolidation will not cause any prejudice, inconvenience, or undue delay. To the contrary, consolidation will avoid duplicative effort and be an efficient use of judicial resources. As the stipulating parties have noted, the three lawsuits arise from the same fatal boating accident and involve the same parties, issues, claims, witnesses, and defenses.

Accordingly, under Rule 42(a), the Court will order the three cases consolidated during the discovery phase. As the time for trial approaches, the Court and counsel will determine the best way to proceed with each case. Nothing in this order or the underlying stipulation shall preclude any party from seeking full consolidation. Likewise, nothing in this order or the underlying stipulation obligates any party to consent to full consolidation.

### ORDER

**IT IS ORDERED that:**

1. The Stipulated Motion to Consolidate Cases (Dkt. 91) is **GRANTED**.
2. Case Nos. 2:24-cv-00305-BLW and 2:24-cv-307-BLW are **CONSOLIDATED** with the above-captioned case (No. 2:23-cv-00023-BLW) for discovery purposes.

3. Rather than list all three cases in the caption, going forward – for sake of simplicity – the caption for all discovery and all motions will be the caption in use in the first-filed case, *In the Matter of the Complaint of Crazy Pants LLC and the Estate of Gregory John Daiker for Exoneration from or Limitation of Liability*, No. 2:23-cv-00023-BLW.

4. The parties will note the following below the title of all pleadings:

   Consolidated for Discovery with:
   Case No.: 2:24-cv-00305-BLW; and
   Case No.: 2:24-cv-00307-BLW

5. The parties will submit any and all future filings only in Case No. 2:23-cv-00023-BLW, which is now the lead case. If, however, a party files a motion seeking relief in fewer than all of the consolidated cases, the party shall designate in the title of the pleading which case(s) the motion applies to.

6. The Clerk of the Court is directed to place a copy of this order in the files of Case Nos. 2:24-cv-00305-BLW and 2:24-cv-00307-BLW.

DATED: February 24, 2025

_____
B. Lynn Winmill
United States District Judge